**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                                                                              Chapter 7
                                                                                           Case No.: 8:18-bk-06946-RCT
**DARLEN LEVAR BELL,**

    Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
(*Re: 4243 1st Avenue South, St. Petersburg, FL 33711*)

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANICAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE FOR CIVIC HOLDINGS II TRUST** ("Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 23rd day of August, 2018.**

                                                   Respectfully submitted,

                                                 **GHIDOTTI | BERGER, LLP**
                                                 *Attorneys for Secured Creditor*
                                                 3050 Biscayne Blvd. - Suite 402
                                                 Miami, Florida 33137
                                                 Telephone: (305) 501.2808
                                                 Facsimile: (954) 780.5578

                                                 By:     /s/ Chase A. Berger
                                                        Chase A. Berger, Esq.
                                                       Florida Bar No. 083794
                                                       cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Pro-Se Debtor*
**Darien Levar Bell**
4243 1st Avenue South
St Petersburg, FL 33711

*Trustee*
**Beth Ann Scharrer**
P.O. Box 4550
Seminole, FL 33775-4550

*U.S. Trustee*
**United States Trustee - TPA7/13**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

By: /s/ Chase A. Berger
Chase A. Berger, Esq.